AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the Western District of Texas_ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>3/25/2025 | U.S. DISTRICT COURT<br>for the Western District of Texas |
|---|---|---|
| **PLAINTIFF**<br><br>SYNOPSYS, INC. | | **DEFENDANT**<br><br>REAL INTENT, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 8,607,173 | 12/10/2013 | SYNOPSYS, INC. |
| 2 | US 9,792,394 | 10/17/2017 | SYNOPSYS, INC. |
| 3 | US 8,650,513 | 2/11/2014 | SYNOPSYS, INC. |
| 4 | US 8,359,560 | 2/11/2014 | SYNOPSYS, INC. |
| 5 | US 10,289,773 | 5/14/2019 | SYNOPSYS, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Sealed Order Granting Defendant's Motion to Dismiss |

| CLERK<br>Philip J. Devlin | (BY) DEPUTY CLERK<br>*Christian Rodriguez* | DATE<br>6/18/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

SYNOPSYS, INC.,

               Plaintiff,

    v.

REAL INTENT, INC.,

               Defendant.

Civil Action No. __1:25-cv-00441__

**JURY TRIAL DEMANDED**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK (continued)**

| PATENT OR TRADEMARK NO | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| US 9,529,948 | 12/10/2013 | SYNOPSYS, INC. |