**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SYNOPSYS, INC., | | |
| | Plaintiff, | |
| | | Civil Action No. 1:25-CV-00441-ADA |
| v. | | |
| REAL INTENT, INC., | | |
| | Defendant. | |

**UNOPPOSED MOTION TO WITHDRAW ATTORNEY**
**AND TO TERMINATE ELECTRONIC NOTICES**

On behalf of Plaintiff Synopsys, Inc. ("Synopsys"), the undersigned files this Unopposed

Motion to Withdraw Attorney and respectfully requests Rupali Singhal be permitted to withdraw

as attorney of record for Synopsys in the above-captioned matter.  Ms. Singhal is no longer with

Willkie Farr & Gallagher LLP and Ms. Schwartz, Mr. Dyer, Mr. Karim, and Mr. Sowers of the

law firm of Willkie Farr & Gallagher LLP and Mr. Wingard and Ms. Amstutz of Scott Douglass

& McConnico LLP will continue to represent Synopsys.  Defendant Real Intent, Inc. is

unopposed to this withdrawal.

WHEREFORE, Synopsys respectfully requests that the Court withdraw Rupali Singhal

as attorney of record from the docket in this case and terminate all electronic notifications to her.

Date:  June 22, 2026

WILLKIE FARR & GALLAGHER LLP

 /s/ *Krista S. Schwartz*
Krista S. Schwartz (CA State Bar No. 303604)
Barrington Dyer (CA State Bar No. 264762)
Jacob Karim (CA State Bar No. 340376)
333 Bush Street, 34th Floor
San Francisco, CA 94104
415-858-7400
kschwartz@willkie.com
bdyer@willkie.com
jkarim@willkie.com

Dane Sowers (D.C. Bar No. 90021557)
1875 K Street, N.W.
Washington, DC 20006
212-303-1000
dsowers@willkie.com

SCOTT DOUGLASS & MCCONNICO LLP

Steven J. Wingard (TX State Bar No. 00788694)
Paige Amstutz (TX State Bar No. 00796136)
303 Colorado Street, Suite 2400
Austin, TX 78701
512-495-6300
swingard@scottdoug.com
pamstutz@scottdoug.com

*Attorneys for Plaintiff Synopsys, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h).  Defendant Real Intent, Inc. was contacted via email on June 22,  2026 and indicated that it was not opposed to the relief sought herein.

　/s/ *Krista S. Schwartz*　　　　　
Krista S. Schwartz

2

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on June 22, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

 /s/ *Krista S. Schwartz*
Krista S. Schwartz